[No. 52022-9-I. Division One. July 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY GENE GASH, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 01-1-05051-3, Vickie I. Churchill, J., entered March 10, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Ellington, A.C.J., and Appelwick, J.

[No. 52685-5-I. Division One. July 11, 2005.]

WILLIE M. MIELDON, *Appellant*, v. THE UNIVERSITY OF WASHINGTON ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-19797-7, Glenna Hall, J., entered July 17, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Ellington, J.

[No. 53414-9-I. Division One. July 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GENE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02182-2, Cheryl B. Carey, J., entered November 3, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 54337-7-I. Division One. July 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PATRICK CHADWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00501-3, Thomas J. Wynne, J., entered April 19, 2004. *Remanded* by unpublished per curiam opinion.